**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7708

ELLIS RICHARD DOUGLAS, JR.,

Plaintiff - Appellant,

versus

DR. ARRISUENO, Medical Director, Western Cor-
rectional Institution,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
98-1878-CCB)

Submitted: February 11, 1999      Decided: February 25, 1999

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ellis Richard Douglas, Jr., Appellant Pro Se. Philip Melton
Andrews, John Augustine Bourgeois, KRAMON & GRAHAM, P.A., Balti-
more, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ellis Richard Douglas, Jr., appeals the district court's order granting summary judgment on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Douglas v. Arrisueno</u>, No. CA-98-1878-CCB (D. Md. Nov. 3, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>